1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada

3  CAROLYN B. CHEN, CSBN 256628
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8956
   Facsimile: (415) 744-0134
6  E-Mail: carolyn.chen@ssa.gov

7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL KOZLOWSKI, | Case No.: 3:20-cv-00086-CLB |
| Plaintiff, | |
| vs. | STIPULATION AND PROPOSED ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will assign this case to an administrative law judge (ALJ) to issue a new decision. The Appeals Council will instruct the ALJ evaluate the record evidence in accordance with the Commissioner's regulations, including 20 C.F.R. § 404.1520c and § 416.920c. It will also instruct the ALJ to offer the claimant an opportunity for a hearing and take any further action needed to complete the administrative record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                Respectfully submitted,

Date: August 6, 2020                OSTERHOUT BERGER DISABILITY LAW, LLC

                                */s/ Lindsay F. Osterhout by C.Chen\**
                                (As authorized by email on 8/5/2020)
                                LINDSAY F. OSTERHOUT
                                Attorneys for Plaintiff

Date: August 6, 2020                NICHOLAS A. TRUTANICH
                                United States Attorney

                                By *s/ Carolyn B. Chen*
                                CAROLYN B. CHEN
                                Special Assistant U. S. Attorney

                                Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  August 10, 2020                 _____
                                           HON. CARLA BALDWIN
                                           UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 160 Spear Street, Suite 800, San Francisco, California 94105. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION AND PROPOSED ORDER TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

    Lindsay F. Osterhout
    Lindsay@mydisabilityattorney.com
    Attorney for Plaintiff

Dated: August 6, 2020

                                         /s/ *Carolyn B. Chen*
                                         CAROLYN B. CHEN
                                         Special Assistant United States Attorney