NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAUL KOZLOWSKI,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 3:20-cv-00086-CLB<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff Paul Kozlowski be awarded attorney fees and expenses in the amount of six hundred and seventeen dollars and twenty-seven cents ($617.27) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

//

//

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Osterhout Berger Disability Law, LLC. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Osterhout Berger Disability Law, LLC, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to counsel, Lindsay Osterhout.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff Paul Kozlowski and/or Lindsay Osterhout, including Osterhout Berger Disability Law, LLC, and Hal Taylor may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Lindsay Osterhout and/or Osterhout Berger Disability Law, LLC, and Hal Taylor to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: November 3, 2020                   Respectfully submitted,

                                          OSTERHOUT BERGER DISABILITY LAW, LLC

                                          */s/ Lindsay F. Osterhout*
                                          LINDSAY F. OSTERHOUT
                                          (*as authorized via email on November 3, 2020)
                                          Attorney for Plaintiff

1  Dated: November 3, 2020

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney
Attorneys for Defendant

IT IS SO ORDERED:

_____
HON. CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: ___November 3, 2020_____

# CERTIFICATE OF SERVICE

I, Allison J. Cheung, certify that the following individual(s) were served with a copy of the foregoing **STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** on the date, and via the method of service, identified below:

**CM/ECF:**

Lindsay Osterhout
Lindsay@mydisabilityattorney.com
Attorney for Plaintiff

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

Dated:  November 3, 2020

*/s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney